UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-2074-MJ-LOUIS

UNITED STATES OF AMERICA,

vs.

JEAN BARBIER
_____/

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$2,000.00** to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). The defendant shall make four (4) payments in the amount of $500.00 each due monthly. The first payment is due on **February 25, 2022**. Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a status conference on reimbursement will be held on **May 16, 2022** at 10:00 a.m. before United States Magistrate Judge Lisette M. Reid.

DONE AND ORDERED at Miami, Florida this Tuesday, January 25, 2022.

s/Lisette M. Reid
UNITED STATES MAGISTRATE JUDGE